UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARCOSH, LTD.

VERSUS

WALTER C. DUMAS, ET AL.

CIVIL ACTION

NO. 06-616-JJB

## RULING AND ORDER

This action is before the court on a motion by defendant Dumas and Associates Law Corporation for reconsideration (doc. 153) of the order entered by the court on October 31, 2008. The motion is opposed. There is no need for oral argument.

The court has carefully reviewed the arguments of counsel. The court finds that defendant has failed to demonstrate good grounds for reconsideration. The court agrees with the arguments made by plaintiff in its response.

Accordingly, the motion by Dumas and Associates Law Corporation Canal for reconsideration (doc. 153) is hereby DENIED.

Baton Rouge, Louisiana, December 5th, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

1