UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARCOSH, LTD.

VERSUS

WALTER C. DUMAS, ET AL.

CIVIL ACTION

NO. 06-616-JJB

## ORDER

Considering the garnishment order of April 14, 2008 (doc. 133);

The court notifies Dumas & Associates Law Firm, LLC, as garnishee that it does not appear to be complying with the order mandating "a full accounting to the court at each date when settlements are made with Walter C. Dumas regarding any compensation owed to him, and Dumas & Associates Law Firm, L.L.C."

Baton Rouge, Louisiana, January 14th, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA