UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARCOSH, LTD.                                         CIVIL ACTION NO. 06-616-JJB
Plaintiff

VERSUS

WALTER C. DUMAS, AND
DUMAS AND ASSOCIATES LAW CORPORATION
Defendants

### GARNISHMENT JUDGMENT

IT IS HEREBY ORDERED that the Garnishee, TRIPLEX, INC., shall pay the Clerk of Court

for the United States District Court of the Middle District of Louisiana all attorney's fees and

advanced costs as defined under La. R.S. 37:218, payable now or in the future to Walter C.

Dumas, Dumas & Associates Law Corporation, and/or Dumas & Associates Law Firm, LLC, as

attorneys of record for the Plaintiffs, James J. Ayo, III, Robert F. Boykin, Clark Davis III, and

DeQual D. Pleasant, their successors and heirs, in Civil Action No. 06-0688-RET-DLD, on the

docket of the United States District Court for the Middle District of Louisiana, entitled *James J.*

*Ayo, III, et al. vs. Honeywell International, Inc., et al*, (the "Ayo Lawsuit").

IT IS FURTHER ORDERED that the clerk of court accept all payments of funds from the

Garnishees, and deposit them into the registry of this court to be held in an interest bearing

account until further order of the court.

Signed in Baton Rouge, Louisiana, on August 11th, 2010.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

0099-1683-CAS

Finance